JAMES J. TOBIN, Appellant, *v.* JOSEPH P. HENNESSY, as Commissioner of Parks of the Borough of Bronx, City of New York, et al., Respondents.

(Argued June 10, 1930; decided July 8, 1930.)

*Sol A. Hyman* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly, Vine H. Smith* and *William E. C. Mayer* of counsel), for the Commissioner of Parks of the Borough of Bronx et al., respondents.

*Harry B. Chambers* for Thomas O'Dowd et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.